IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANNY CROWELL, ADC #087165                                                      PLAINTIFF

V.                            No. 4:12CV00034 JMM-BD

LARRY MAY, et al.                                                               DEFENDANTS

ORDER

Danny L. Crowell, an Arkansas Department of Correction inmate, filed a Complaint (docket entry #2) under 42 U.S.C. § 1983, on January 18, 2012, along with an Application to Proceed *In Forma Pauperis* (#1).  Mr. Crowell alleges that his constitutional rights were violated at the Ouachita River Unit of the Arkansas Department of Correction, which is located in the Western District of Arkansas.  According to the Complaint, the events giving rise to this lawsuit occurred in Malvern, Arkansas, which is the county seat of Hot Spring County, Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).  The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71901.

IT IS SO ORDERED this 19th day of January, 2012.


UNITED STATES DISTRICT JUDGE